No. 6831. ARENADO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6832. HODGES ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 6857. CASTLE *v.* MOSELEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 6868. COHEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6874. ETHINGTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6875. SUMMERVILLE *v.* COOK, PENITENTIARY SUPERINTENDENT. C. A. 5th Cir. Certiorari denied.

No. 6881. LOCICERO ET AL. *v.* LAVALLEE, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 6882. WIDZIEWICZ *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 6883. HARDIN *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 6886. FLOWERS *v.* HASKINS, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Ohio. Certiorari denied.

No. 6887. CARTER *v.* CALIFORNIA ADULT AUTHORITY. C. A. 9th Cir. Certiorari denied.

No. 6889. BURKES *v.* CALLION ET AL. C. A. 9th Cir. Certiorari denied.